USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

V.P.,

Plaintiff,

-v-

EDUCATION PLUS CORPORATION d/b/a FAMILY FOUNDATION SCHOOL, et al.,

Defendants.

26-cv-5250 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter today, August 6, 2026. This Order memorializes the rulings made at the conference:

Plaintiff is permitted to proceed by pseudonym and granted leave to file a second amended complaint by no later than August 10, 2026. Defendants will have sixty (60) days from the filing of the second amended complaint to answer or otherwise respond under Fed. R. Civ. P. 12. The requested extensions of time to respond to the complaint by Diane Geer and Susan Runge are thus denied as moot.

In light of the burden that discovery would impose, the lack of prejudice to Plaintiff, and the efficiency interests that a stay of discovery would serve given parallel actions proceeding in the Northern District of New York, discovery in this matter is stayed pending a decision by the Court on Defendant Education Plus Corporation's anticipated motion to transfer venue under 28 U.S.C. § 1404. The stay of discovery is without prejudice to Plaintiff's right to request from the Department of Justice any documents pertaining to the underlying criminal investigation and prosecution.

Defendant Education Plus Corporation shall file its motion to transfer venue by August 21, 2026. The parties are directed to meet and confer with respect to a briefing schedule for the anticipated motion to transfer venue. Should the parties fail to agree to a schedule, Plaintiff may file a letter motion seeking an extension of its time to oppose the motion beyond the default deadlines provided by the Local Rules.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 28, 36, and 70.

SO ORDERED.

Dated: August 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge